KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
MONICA VALENCIA

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:12-cr-00329-LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO ADVANCE SENTENCING DATE; ORDER |
| v. | ) | |
| MONICA VALENCIA, | ) | |
| Defendant. | ) | |

It is hereby stipulated between counsel for the government and counsel for the defense as follows:

That the previously scheduled sentencing date of Monday, March 11, 2013 be advanced to Monday, February 25, 2013 at 8:30 a.m. based on the following:

There are no objections to the Advisory Guidelines Presentence Report, and Defendant has requested that the sentencing date be advanced.

1

1

2  DATED: February 14, 2013         /kh/ Katherine Hart
                                    KATHERINE HART, Attorney for
3                                   Defendant MONICA VALENCIA

4  DATED: February 14, 2013         /ks/ Kathleen Servatius
                                    KATHLEEN SERVATIUS, Assistant U.S.
5                                   Attorney

6
## ORDER
7

8
    Based on the stipulation of counsel, it is hereby ordered that the sentencing in the matter of United States v. Monica Valencia, Case No. 12-00329 LJO be advanced from Monday, March 11, 2013 to Monday, February 25, 2013 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   February 14, 2013**         /s/  Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

2